ACCEPTED
01-13-00233-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 10:40:58 AM
CHRISTOPHER PRINE
CLERK

**NOS. 01-13-00267-CV**
**01-13-00233-CV**

**IN THE COURT OF APPEALS**
**FOR THE FIRST DISTRICT OF TEXAS**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 10:40:58 AM
CHRISTOPHER A. PRINE
Clerk

**JAY H. COHEN, INDIVIDUALLY AND AS TRUSTEE OF THE JHC TRUSTS I AND II, Appellant**

**V.**

**SANDCASTLE HOMES, INC., Appellee**

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**JAY H. COHEN, INDIVIDUALLY AND AS TRUSTEE OF THE JHC TRUST I AND II, Appellant**

**V.**

**NEWBISS PROPERTY, LP, Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case Nos. 2010-20973A & 2010-20973B**

**APPELLEES' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO APPELLANT'S MOTION FOR REHEARING**

TO THE HONORABLE COURT:

Pursuant to Texas Rules of Appellate Procedure 10.5(b and 49.8, Appellees

Sandcastle Homes, Inc. ("Sandcastle"), and NewBiss Property, L.P. ("NewBiss")

respectfully move the Court to extend the deadline to file Appellees' response to Appellant's Motion for Rehearing. In support of this motion, Appellees show the Court as follows:

1. The deadline to file Appellees' Response to Appellant's Motion for Rehearing is May 20, 2015.

2. Appellees seek an extension of 15 days.

3. The extension is sought to compensate for scheduling conflicts of Appellees' counsel. Blaine Hummel is getting married on May 16, 2015 and preparing for his wedding. Mr. Hummel is also scheduled to attend a court ordered mediation on May 20, 2015, in Adversary No. 14-0328, *Knorvek, LLC, v. Unlimited Restoration Specialists, Inc.*, in the United States Bankruptcy Court for the Southern District of Texas. He is also set for trial on May 22, 2015 in Adversary No. 13-03315, *Aleta Renee Chapman v. Green Tree Servicing, et al.*, also in the United States Bankruptcy Court for the Southern District of Texas. Additionally, Brad Irelan will be attending the graduation of his daughter in Virginia from May 15-18, 2015.

4. This is the first extension requested and is not sought for the purposes of delay.

5. Appellants are unopposed to this motion.

For these reasons, Appellees pray that this Court grant an extension of time to file their Response to Appellant's Motion in this matter through and including June 4, 2015.

**IRELAN MCDANIEL, PLLC**

*/s/ Blaine Hummel*
Bradford W. Irelan
birelan@IMTexaslaw.com
State Bar No. 10411550
Blaine Hummel
bhummel@IMTexaslaw.com
State Bar No. 24012872
440 Louisiana Street, Suite 1800
Houston, Texas 77002-1652
Telephone:   (713) 222-7666
Facsimile:    (713) 222-7669

**ATTORNEY FOR APPELLEES**
**SANDCASTLE HOMES, INC.,**
**AND NEWBISS PROPERTY, L.P**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellants who stated that they are not opposed to the relief sought herein.

*/s/ Blaine Hummel*
Blaine Hummel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 8, 2015, a true and correct copy of Appellees' Unopposed Motion to Extend Time has been served by electronic service on the below-listed counsel in compliance with the Texas Rules of Appellate Procedure.

Kemp W. Gorthey
604 West 12th Street
Austin, Texas  78701
*(512) 479-6417 Facsimile*

James Eloi Doyle
Nicole S. Bakare
DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
600 Travis Street, Suite 4700
Houston, Texas 77002-3005
*(713) 228-6138 Facsimile*

*/s/ Blaine Hummel*
Blaine Hummel